TEXAS CO. v. HONAKER et al. (No. 14692.)

(Supreme Court of Texas. May 26, 1926.)

Injunction ⚏31—Injunction will not be granted to stay proceedings in the same court of equity.

Injunction will not be granted to stay proceedings in the same court of equity, either on application of parties to proceedings sought to be enjoined or of others.

Suit for injunction by the Texas Company against Mrs. Jane Belle Honaker and others. Judgment for defendants was affirmed by Court of Civil Appeals (282 S. W. 879), and plaintiff petitions for writ of error. Petition refused.

H. S. Garrett, of Fort Worth, and Corrigan, Britain, Morgan & King, of Wichita Falls, for appellant.

Beall, Worsham, Rollins, Burford & Ryburn, of Dallas, for appellees.

PER CURIAM. The petition for writ of error is refused. It is a well established rule that an injunction will not be granted to stay proceedings in the same court of equity, either upon the application of parties to the proceedings sought to be enjoined or of others. High on Injunctions (4th Ed.) vol. 1, § 52. The refusal of the trial judge to grant the injunction was therefore in accordance with the established principles of equity.